Milo J. MASTERSON and Irene M. Masterson v. STATE of Vermont, Vermont Dept. of Aeronautics, Charles R. Mile, Commissioner, Dustaire, Inc. and Alphonse Quesnel, No. 173-79

February 5, 1980. Transcript to be ordered by February 15, 1980, or cause dismissed.